**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| AYANA SABREE PARRISH | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | **CASE NO.**   **1:25-cv-01726-RP** |
| | § | |
| CONCORDIA UNIVERSITY TEXAS, | § | |
| TEXAS, TONYA L. WARD, in her | § | |
| official Capacity as Director of the | § | |
| Undergraduate Nursing Program, | § | |
| and PROFESSOR KATHY GOWE, in | § | |
| her official capacity as Professor of | § | |
| Adult Health IV Theory, DR. | § | |
| AMBER SHAMMAS, JEFFERY | § | |
| UTZINGER, and JOHN DOES 1-5, | § | |
| | | |
| *Defendants.* | | |

## NOTICE OF APPEARANCE

Notice is hereby given that, **Robert S. Mactavish**, representing the Plaintiff **AYANA SABREE PARRISH** in the above-captioned case, hereby enters his appearance.

Respectfully submitted,

_____

Robert S. Mactavish
Florida Bar No. 0596388
LLG National Law Group
Phoenix Corporate Tower
3003 N. Central Avenue
Suite 685
Phoenix, AZ 85012
Phone: 602.960.9400
Fax: 707.215.3600
Cell: 575.517.6542
Robert.mactavish@LLGNational.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

On March 26, 2026, I electronically submitted the foregoing *Notice of Appearance* to the Clerk of Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court to the following attorneys of record:

Veronica T. Hunter
State Bar No. 24122525
Veronica.Hunter@jacksonlewis.com

Maikieta Antionette Brantley
State Bar No. 24133611
Mai.Brantley@jacksonlewis.com
Jackson Lewis P.C.
Case 1:25-cv-01726-RP Document 9 Filed 03/10/26 Page 10 of 11 11
93 Red River Street, Suite 1150
Austin, Texas 78701
Telephone: (512) 362-7100
Facsimile: (512) 362-5574

**ATTORNEYS FOR DEFENDANTS**

Respectfully submitted,

Robert S. Mactavish
*Attorney for Plaintiff*